[No. 19248–5–I.   Division One.   September 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN GORDON
STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–04272–3, Robert E. Dixon, J., entered

September 2, 1986. *Reversed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.